IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DIYANA MATHIS,                      )
   Plaintiff,                      ) Case No. 3:25-cv-00___-RAH-CWB
                                   )
v.                                  )
                                   )
TRANS UNION LLC,                    )
   Defendant.                      )

# EXHIBIT S-1

## NELNET SERVICER RECORDS - LOAN SUMMARY

Nelnet Loan Summary dated January 18, 2026
Account: E896967478

Confirms: Current Amount Due: $0.00 | Past Due Amount: $0.00
3 loans in No-Pay Hardship Forbearance (no payments due)
4 loans Paid In Full By Claim (government discharged)

Contradicts Trans Union's 90-120 day delinquency codes
and fabricated "Last Payment Made: 08/08/2023" dates.

*Filed pursuant to the Court's Order dated February 19, 2026 (Doc. 32)*

1/18/26, 9:02 AM                                                    Mortgage Letter

## Loan Summary/Mortgage Verification

 Official Servicer of Federal **Student Aid**

January 18, 2026
DI YANA L MATHIS
1941 MARIE FOSTER ST APT 901
THELMA, AL 36703

Di Yana,

The following detailed information pertains to your loan(s) at Nelnet:

## Account Summary
Account(s): E896967478

| | |
|---|---|
| Current Amount Due | $0.00 |
| Past Due Amount | $0.00 |
| Regular Monthly Payment Amount | $119.32 |
| Due Date | 03/08/2026 |
| Capitalized Interest | $783.98 |
| Outstanding Principal Balance | $10,283.98 |
| Unpaid Accrued Interest through 01/17/2026: | $1,444.63 |
| Outstanding Fees | $0.00 |
| Current Balance | $11,728.61 |

## Department of Education Loan Summary

Account Number: E896967478

**Group AA**

| Current Amount Due $0.00 | Repayment Plan Standard Repayment |
|---|---|

| Loan | Consumer Account Number | Loan Type | Status | Status End Date | Current Balance | Original Loan Amount | Interest Rate | First Disbursement Date |
|---|---|---|---|---|---|---|---|---|
| 1 | *********9594 | Direct Sub | No-Pay Hardship Forbearance | 02/08/2026 | $3,991.65 | $3,500.00 | 4.29% (FIXED) | 09/22/2015 |

**Group AB**

| Current Amount Due | Repayment Plan |
|---|---|

1/18/26, 9:02 AM                                             Mortgage Letter

$0.00                          Standard Repayment

| Loan | Consumer Account Number | Loan Type | Status | Status End Date | Current Balance | Original Loan Amount | Interest Rate | First Disbursement Date |
|---|---|---|---|---|---|---|---|---|
| 2 | *********9694 | Direct Unsub | No-Pay Hardship Forbearance | 02/08/2026 | $2,594.52 | $2,000.00 | 4.29% (FIXED) | 09/22/2015 |
| 3 | *********1692 | Direct Unsub | No-Pay Hardship Forbearance | 02/08/2026 | $5,142.44 | $4,000.00 | 4.29% (FIXED) | 03/14/2016 |

### Group AC

**Current Amount Due**
$0.00

| Loan | Consumer Account Number | Loan Type | Status | Status End Date | Current Balance | Original Loan Amount | Interest Rate | First Disbursement Date |
|---|---|---|---|---|---|---|---|---|
| 4 | *********2591 | Direct Sub | Paid In Full By Claim | N/A | $0.00 | $3,500.00 | 3.76% (FIXED) | 05/09/2017 |

### Group AD

**Current Amount Due**
$0.00

| Loan | Consumer Account Number | Loan Type | Status | Status End Date | Current Balance | Original Loan Amount | Interest Rate | First Disbursement Date |
|---|---|---|---|---|---|---|---|---|
| 5 | *********2691 | Direct Unsub | Paid In Full By Claim | N/A | $0.00 | $2,000.00 | 3.76% (FIXED) | 05/09/2017 |

### Group AE

**Current Amount Due**
$0.00

| Loan | Consumer Account Number | Loan Type | Status | Status End Date | Current Balance | Original Loan Amount | Interest Rate | First Disbursement Date |
|---|---|---|---|---|---|---|---|---|
| 6 | *********9491 | Direct Sub | Paid In Full By Claim | N/A | $0.00 | $2,250.00 | 4.45% (FIXED) | 06/05/2018 |

### Group AF

**Current Amount Due**
$0.00

1/18/26, 9:02 AM                                                                     Mortgage Letter

| Loan | Consumer Account Number | Loan Type | Status | Status End Date | Current Balance | Original Loan Amount | Interest Rate | First Disbursement Date |
|---|---|---|---|---|---|---|---|---|
| 7 | *********9591 | Direct Unsub | Paid In Full By Claim | N/A | $0.00 | $1,000.00 | 4.45% (FIXED) | 06/05/2018 |

**Questions? We're here for you.** Visit Nelnet.studentaid.gov, call us at <u>888-486-4722</u>, or send correspondence to Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561.

Sincerely,

**Your Nelnet Customer Service Team**

## Current Amount Due

Your amount due is subject to change for reasons including but not limited to adding, removing, or changing an alternate payment amount, cancelling auto debit, the addition of a deferment or forbearance that covers the payment due date, or the addition of new loans to your Nelnet account. This also includes a loan/group pending a final payment in which interest accrual is an estimation and could be impacted by the actual effective date the final payment is made.

## Current Balance

The current balance is made up of the combined sum of the loan's outstanding principal balance and accrued interest.

## About Interest Rates

Congress sets interest rates for federal student loans, which vary depending on your loan type and disbursement date. Your loans accrue daily interest, calculated with a simple daily interest formula. Changes in your outstanding principal balance or interest rate (if it's a variable rate) affect the amount of interest that accrues daily. To view current and past federal student loan interest rates and the simple daily interest formula, visit StudentAid.gov/understand-aid/types/loans/interest-rates.

### Fixed Interest Rates vs. Variable Interest Rates

Fixed interest rates are constant for the life of the loan, but variable interest rates are adjusted annually on July 1st.

### Regulatory Interest Rate

The starting rate for your student loan.

### Effective Interest Rate

The rate you actually pay after any active borrower benefits are applied. For example, if your Regulatory (starting) Interest Rate is 5.50% and you are receiving an interest rate reduction of 0.25% for being enrolled in auto debit while in active repayment, your Effective Interest Rate will be 5.25%.

### Fees

The U.S. Department of Education does not assess late or returned payment fees.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DIYANA MATHIS,<br>    Plaintiff, | )<br>) Case No. 3:25-cv-00___-RAH-CWB<br>) |
| v. | )<br>) |
| TRANS UNION LLC,<br>    Defendant. | )<br>)<br>) |

# EXHIBIT S-2

## NELNET SERVICER RECORDS - PAYMENT HISTORY

Nelnet Payment Activity Screen

"You don't have any pending payments at this time."
"You don't have any payment history at this time."
"No payments have been made to your Nelnet-serviced account at this time."

Directly contradicts Trans Union's fabricated
"Last Payment Made: 08/08/2023" and false delinquency reporting.

*Filed pursuant to the Court's Order dated February 19, 2026 (Doc. 32)*



**🏠  My Loans    Payments ⌄    Repayment Options & Resources    Documents ⌄**                    **👤 Di Yana ⌄**

## Payment Activity

● You don't have any pending payments at this time.

## Payment History

Show

Filter By Date/Amount/Type

| All  ▼ | | Clear |

● You don't have any payment history at this time.

## Total Amount Paid to Date

This is the total amount of payments made on your Nelnet-serviced account. Cancelled payments and payments made to a different servicer are not included in this total.

● No payments have been made to your Nelnet-serviced account at this time.

### Looking for a Recent Payment on a New Loan?

Payments you make within 120 days of the date funds were disbursed to your school are backdated to that date. This saves you money on interest and fees. These payments will have a payment date that matches the disbursement date. Generally, PLUS and Consolidation loans are not eligible for this benefit.

### Looking for a Payment Made to Your Previous Servicer?

Payments made to a previous servicer are not shown here. They are provided as a document sent to your Inbox (if available).

### Payment Processing

When making a payment, it can take up to two business

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DIYANA MATHIS,<br>    Plaintiff, | )<br>) Case No. 3:25-cv-00___-RAH-CWB<br>) |
| v. | )<br>) |
| TRANS UNION LLC,<br>    Defendant. | )<br>) |

# EXHIBIT S-3

## NELNET CFPB RESPONSE

CFPB Complaint No. 251208-26637263 (sent to Nelnet as furnisher)
Nelnet Response dated December 19, 2025

Key admissions:
"Your first payment was due on May 26, 2019, in the amount of $196.02."
"We didn't receive any payments or requests for assistance."
Delinquency confirmed August 2019 - February 2020
"On March 13, 2020, your loans were no longer past due."

Nelnet confirms zero payments received.
Trans Union reports "Last Payment Made: 08/08/2023."

*Filed pursuant to the Court's Order dated February 19, 2026 (Doc. 32)*

 | Official Servicer of
FederalStudentAid

P.O. Box 82561
Lincoln, NE 68501-2561

December 19, 2025

Diyana Mathis
404 Brown St
Tuskegee, AL 36083

Account: EXXXXX7478

Dear Diyana,

We are writing in response to the inquiry you submitted to the Consumer Financial Protection Bureau regarding your federal student loan account with Nelnet. On behalf of your lender, the U.S. Department of Education (ED), we service your federal student loans. We take your concerns seriously and appreciate the opportunity to respond.

Your concern, as we understand it, is you believe your credit report contains false, incomplete and inaccurate information. You state your account was reported past due during the *Coronavirus Aid, Relief, and Economic Security (CARES) Act* when accounts were in an administrative forbearance and were required to be reported current. You state no payments were due for your account between April 22, 2019, and February 8, 2025, so the delinquent reporting between August 2019 and February 2020 is false. You're also concerned regarding how your data is displayed on your credit report. You're asking us to remove and incomplete or inaccurate data and the delinquency codes from August 2019 through February 2020 from your credit.

On March 27, 2020, the CARES Act was enacted to provide broad relief in response to the Coronavirus disease 2019 (COVID-19) for federal student loan borrowers whose loans are owned by ED. Interest on ED-held student loans was paused effective March 13, 2020, through August 31, 2023. We did not furnish any past due data to the consumer reporting agencies (CRAs) during this time.

On April 22, 2019, your loans converted into a repayment status after your grace period ended. Your first payment was due on May 26, 2019, in the amount of $196.02. We didn't receive any payments or requests for assistance from you during this time.

Under the Fair Credit Reporting Act, we have an obligation to ensure data we furnish to the CRAs is complete and accurate. Based on your request and the information you provided; we carefully investigated your concern, and the corresponding data furnished to the CRAs. Our investigation indicates the data accurately reflected your loan status at the time it was furnished.

Due to the continued delinquency occurring on your loans, we furnished data reflecting your loans were 90 days or more past due during the following period:

- August 2019-February 2020
  - On March 13, 2020, your loans were no longer past due because we processed the COVID-19 forbearance on your account.

A forbearance will bring your account up to date but does not remove past reporting.

If you disagree with our initial decision, please send us new information including the basis of your dispute and supporting documentation to the address in this letter. Please be sure to include your account number.

We noticed the mailing address and email address you included with your inquiry differs from the mailing address and email address we have on file. We may receive updates from your school or ED if either of these entities have different contact information for you. Please log in to your StudentAid.gov account and Nelnet.StudentAid.gov account to review and update your contact information. Alternatively, you can contact our customer service team using the contact information provided at the end of this response.

If you have any other questions, you may call us at 888-486-4722 from 8 a.m. to 11 p.m. (Eastern) Monday, 8 a.m. to 8 p.m. Tuesday through Friday, and 10 a.m. to 2 p.m. Saturday. You may also send us a secure email through your Nelnet.StudentAid.gov account.

Sincerely,

April T.
Nelnet